**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RODNEY LOUIS THORNTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-9715** |
| **MAJOR TIM CRAWFORD, ET AL.** | **SECTION "A"(4)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Thornton's § 1983 claims against Major Tim Crawford, Warden Robert Tanner, Mental Health Director Gina Todd, James Ingram, Captain Ronnie Seals, and Head Investigator Major Darryl Mizell be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE